1
2
3
4                          UNITED STATES DISTRICT COURT
5
6                          SOUTHERN DISTRICT OF CALIFORNIA
7

| UNITED STATES OF AMERICA, | ) Criminal Case No.: 8cr 563-BTM |
| --- | --- |
| | ) Magistrate Case No: 08MJ0417 |
| Plaintiff, | ) |
| | ) Order to Exonerate the Appearance Bond for |
| vs. | ) the Material Witness and Disburse the Bond |
| | ) Funds |
| OSCAR MIGUEL OLALDE, | ) |
| | ) |
| Defendant. | ) |

                                    ORDER

IT IS ORDERED that the personal surety bond for $5,000, which secured the presence of material witness Laura Flor Llamas-Garcia is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500 held in the Registry of the Court to the surety: **Michael Torres, 4951 N. State St. Sp. A1, Ukiah, CA 95482.**

DATED: March 24, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court